1              THE HONORABLE JAMES L. ROBART

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

        WESTERN DISTRICT OF WASHINGTON

9            AT SEATTLE

10  REGENCY CLEANERS ENTERPRISES

 LLC, a Washington corporation,    No.: 2:19-cv-00040-JLR

11

       Plaintiff,     STIPULATED MOTION FOR

12              EXTENSION OF TIME TO FILE FIRST

    v.         APPEARANCE

13              AND ORDER

 TRAVELERS CASUALTY INSURANCE  NOTE ON MOTION CALENDAR:

14 COMPANY OF AMERICA, a foreign   JANUARY 24, 2019

 company,

15

       Defendant.

16

17    Pursuant to Fed. R. Civ. P. 6(b), the undersigned counsel for Defendant certifies that

18 he has conferred in good faith through email communication with counsel for Plaintiff,

19 including on January 24, 2019, concerning the subject of this Motion, and Plaintiff's counsel

20 does not oppose extending Defendant's first appearance deadline, to file an answer or other

21 defenses or objections, to be reset to **February 15, 2019.**

22    IT IS SO ORDERED:

23

24   DATED: January 28, 2019

25             HONORABLE JAMES L. ROBART

26

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FIRST  PAGE 1  Bullivant|Houser|Bailey PC

APPEARANCE                    300 Pioneer Tower

NO.: 2:19-CV-00040-JLR              888 SW Fifth Avenue

                        Portland, Oregon 97204-2089

                        Telephone: 503.228.6351

1    Submitted by:

2    DATED:  January 24, 2019

3
                                    BULLIVANT HOUSER BAILEY PC
4

5
                                    By  */s/ Ronald J. Clark*
6                                        Ronald J. Clark, WSBA #43534
                                         E-mail:  ron.clark@bullivant.com
7                                        Jayme N. Mori, WSBA #50578
                                         E-mail:  jayme.mori@bullivant.com
8
                                    Attorneys for Travelers Casualty Insurance
9                                   Company of America

10

11                                  MILLS MEYERS SWARTLING P.S.

12

13                                  By  */s/ Kasey D. Huebner* (via email approval)
                                         Bruce Winchell, WSBA #14582
14                                       E-mail:  bwinchell@millsmeyers.com
                                         Kasey D. Huebner, WSBA #32890
15                                       E-mail:  khuebner@millsmeyers.com

16                                  Attorneys for Plaintiff Regency Cleaners
                                    Enterprises, LLC
17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Bruce Winchell
Kasey D. Huebner
MILLS MEYERS SWARTLING PS
1000 Second Avenue, 30th Floor
Seattle, WA 98104
bwinchell@millsmeyers.com
khuebner@millsmeyers.com
kbrown@millsmeyers.com

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF Eservice

*Attorney for Plaintiff Regency Cleaners Enterprises LLC*

Dated: January 24, 2019.

/s/ Kristin Anderson
Kristin Anderson, Legal Assistant

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FIRST
APPEARANCE
NO.: 2:19-CV-00040-JLR

PAGE 3

**Bullivant|Houser|Bailey PC**
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351