Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGENCY CLEANERS ENTERPRISES, LLC, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign company,<br><br>Defendant. | NO. 2:19-cv-00040-JLR<br><br>NOTICE OF SETTLEMENT |

Pursuant to LCR 11, Plaintiff Regency Cleaners Enterprises, LLC ("Regency") and Defendant Travelers Casualty Insurance Company of America ("Travelers") hereby advise the Court that a settlement has been reached between Regency and Travelers.

Counsel for the parties are currently drafting settlement documents. As soon as such documents are executed and the settlement is otherwise finalized, Regency and Travelers will file a stipulated notice of voluntary dismissal. The parties respectfully request that 30 days be allowed for them to do so, and that all case schedule deadlines be vacated.

NOTICE OF SETTLEMENT - 1
2:19-cv-00040-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 29th day of October, 2019.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   *s/Kasey D. Huebner*
Kasey D. Huebner, WSBA #32890
600 University Street, Suite 2915
Seattle, Washington 98101
Telephone:  (206) 467-6477
Facsimile:   (206) 467-6292
Email:  khuebner@gordontilden.com

**STOKES LAWRENCE, P.S.**
Attorneys for Plaintiff

By   *s/Bruce A. Winchell*
Bruce A. Winchell, WSBA #14582
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
Telephone:  (206) 626-6000
Email:  bruce.winchell@stokeslaw.com

**BULLIVANT HOUSER BAILEY**
Attorneys for Defendant

By   *s/Ronald J. Clark*
Ronald J. Clark, WSBA #43534
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101
Telephone:  (206) 292-8930
Email:  ron.clark@bullivant.com

NOTICE OF SETTLEMENT - 2
2:19-cv-00040-JLR

GORDON   600 University Street
TILDEN    Suite 2915
THOMAS   Seattle, WA  98101
CORDELL  206.467.6477

## DECLARATION OF SERVICE

I certify that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 29th day of October, 2019, at Seattle, Washington.

*s/Ellen R. Evans*
Ellen R. Evans, Legal Assistant
Gordon Tilden Thomas & Cordell LLP

NOTICE OF SETTLEMENT - 3
2:19-cv-00040-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477