UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGENCY CLEANERS ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO. C19-0040JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

//

//

ORDER - 1

1  In the event settlement is not perfected, any party may move to reopen the case,
2  provided such motion is filed within **60** days of the date of this order. Any trial date and
3  pretrial dates previously set are hereby VACATED.

4  Dated this 31st day of October, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2